ERIC GRANT
United States Attorney
BRENDAN D. DALY
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARTIN B. CLEVENGER,<br>Defendant. | Case No. 1:26-po-00161-SAB<br>[Citation #FBLV0022]<br>MOTION AND ORDER FOR DISMISSAL AND VACATUR OF TRIAL DATE |

The United States of America, by and through Eric Grant, United States Attorney, and Brendan D. Daly, Assistant United States Attorney, hereby moves to dismiss Case No. 1:26-po-00161-SAB [Citation #FBLV0022] against MARTIN B. CLEVENGER, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and that the bench trial set for November 13, 2026, be vacated.

DATED: November 2, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: /s/ *Brendan D. Daly*
BRENDAN D. DALY
Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:26-po-00161-SAB [Citation #FBLV0022] against MARTIN B. CLEVENGER, is dismissed, without prejudice, and that the bench trial set for November 13, 2026, is vacated, in the interest of justice.

IT IS SO ORDERED.

Dated: **November 2, 2026**

STANLEY A. BOONE
United States Magistrate Judge